**YU | MOHANDESI LLP**

**Brett B. Goodman** (SBN 260899)
858.757.7262 | bgoodman@yumollp.com
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071
213.377.5501 Facsimile

Attorney for Defendant
I.C. System, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN WILCZAK,<br><br>Plaintiff,<br><br>v.<br><br>I.C. SYSTEM, INC.; and DOE 1-5<br><br>Defendants. | CASE NO.:  2:25-cv-10755-ODW-SK<br><br>**DEFENDANT I.C. SYSTEM, INC.'S ANSWER TO COMPLAINT** |

YU | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA. 90071

ANSWER

Comes now, Defendant I.C. System, Inc. ("Defendant") and files this Answer to Plaintiff's Complaint as follows:

1.    Defendant admits Plaintiff purports to allege violations of the Fair Debt Collection Practices Act ("FDCPA") and the Rosenthal Fair Debt Collection Practices Act ("RFDCPA"). Defendant denies that any violations occurred.

## JURISDICTION AND VENUE

2.    Defendant lacks knowledge or information sufficient to admit or deny Paragraph 2; therefore, Defendant denies the same.

## PARTIES

3.    Defendant admits Plaintiff is a natural person and Defendant maintains its principal place of business at the listed location. Defendant lacks knowledge or information sufficient to admit or deny the remainder of Paragraph 3; therefore, Defendant denies the same.

4.    Defendant lacks knowledge or information sufficient to admit or deny Paragraph 4; therefore, Defendant denies the same.

5.    Paragraph 5 does not call for a response from Defendant; in the event a response is required, Defendant denies the same.

6.    Paragraph 6 calls for a legal conclusion; therefore, Defendant denies the same.

## FACTUAL ALLEGATIONS

7.    Paragraph 7 calls for a legal conclusion; therefore, Defendant denies the same.

8.    Defendant admits there was a call between Defendant and Plaintiff on November 7, 2024. Defendant denies Plaintiff's characterization of the call and asserts that the content of the call speaks for itself.

9.    Defendant denies Paragraph 9.

10.    Defendant denies Paragraph 10.

YU | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA. 90071

11. Defendant denies Paragraph 11.

## CAUSE OF ACTION

## COUNT I

12. Defendant incorporates by reference all of the above paragraphs of the Answer as though fully stated herein. Defendant denies Paragraph 12.

## COUNT II

13. Defendant incorporates by reference all of the above paragraphs of the Answer as though fully stated herein. Defendant denies Paragraph 13.

## COUNT III

14. Defendant incorporates by reference all of the above paragraphs of the Answer as though fully stated herein. Defendant denies Paragraph 14.

## PRAYER FOR RELIEF

Defendant denies Plaintiff's Prayer for Relief and its subparts, and denies Plaintiff is entitled to any relief or damages.

## JURY DEMAND

15. Defendant admits Plaintiff seeks a trial by jury in this case.

## AFFIRMATIVE DEFENSES

16. Plaintiff's damages, if any, are the result of a pre-existing condition not caused nor exacerbated by Defendant.

17. Plaintiff proximately caused his own damages, if any.

18. Plaintiff's damages were caused by a third party over which Defendant has no control.

19. Any violation of the FDCPA and/or RFDCPA, if any, was caused by a good-faith bona fide error.

///

///

///

YU | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA. 90071

2
ANSWER

WHEREFORE, PREMISES CONSIDERED, Defendant I.C. System, Inc. respectfully requests that this Court dismiss all claims against Defendant with prejudice.

Dated: April 22, 2026

**YU | MOHANDESI LLP**

By:  */s/ Brett B. Goodman*
Brett B. Goodman
Attorney for Defendant
I.C. System, Inc.

YU | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA. 90071

3
ANSWER

**CERTIFICATE OF SERVICE**

I certify that on April 22, 2026, a copy of the foregoing was filed and served electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: April 22, 2026

By: */s/ Brett B. Goodman*
Brett B. Goodman

YU | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA. 90071

4
CERTIFICATE OF SERVICE